(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Michael Jarvis

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Robert May, Claire Demattei's, Bruce Burton, Kent general, and/or John/Jane Doe, and Centurion and/or John/Jane Doe 1 and 2

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): Jarvis Michael

Aliases: N/A

Prisoner ID #: 00217637

Place of Detention: James T. Vaughn CC

Institutional Address: 1181 Paddock Rd.

County, City: Smyrna

State: De

Zip Code: 19977

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **May Robert**
Name (Last, First)

**Warden @ Vaughn CC**
Current Job Title

**1181 Paddock Rd.**
Current Work Address

**Smyrna,**     **De**     **19977**
County, City     State     Zip Code

Defendant 2: **Claire Dematteis**
Name (Last, First)

**Commissioner**
Current Job Title

**245 McKee Rd.**
Current Work Address

**Dover,**     **De**     **19904**
County, City     State     Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: __Bruce Burton__
Name (Last, First)

__Captain @ Vaughn CC__
Current Job Title

__1181 Paddock Rd.__
Current Work Address

__Smyrna,__           __De__           __19977__
County, City          State            Zip Code

Defendant 4: __Kent general / Bay health__
Name (Last, First)

__Hospital (302) 674-4700__
Current Job Title

__640 S. State St.__
Current Work Address

__Dover,__           __De__           __19901__
County, City          State            Zip Code

Defendant 5
John/Jane Doe
Healthcare administrator @ Kent general
640 S. State St.
Dover, De 19901

Defendant 6.
Centurion
Provider @ Vaughn cc
1181 Paddock Rd.
Smyrna, De 19977

Defendant 7
John/Jane Doe
Centurion service administrator @ Vaughn cc
1181 Paddock Rd.
Smyrna, De 19977

Defendant 8
John/Jane Doe
Centurion's Provider @ Vaughn cc
1181 Paddock Rd.
Smyrna, De 19977

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: JTVCC, and Kent general

Date(s) of occurrence: April 2020 to date

State which of your federal constitutional or federal statutory rights have been violated:

The 8th and 14th amendments of the United States constitution.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

On April 10, 2022 the petitioner filed complaints to defendants May, DeMatteis, and Burton, because they were diliberately and/or recklessly disregarding CDC guidelines relating to Covid-19 placing the petitioner who has underlying health problems i.e., pre COPD and an extreme case of toxoplasmosis in Jeopardy, See EX A1 Complaints, which he fewarded to the ACLU.

On or about April 28, 2020 pursuant to a high tempture check and becoming extremly ill the petitioner was admitted into Kent genral/Bay health and placed on oxgen, antibiotics, steriods, IV injections for Covid-19 and

Page 5 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

pneumonia.

> Who did what?

On or about May 1, 2020 the Petitioner was released early by Kent, because the DOC pressured them. Once the petitioner was returned to Vaughn CC he was placed in the infirmary on oxygen. Nevertheless, the petitioner has never fully recovered, because he now suffers from brain fog, memory loss, and fatigue, which Centurion, their administrator and provider refuse to take seriously. In fact they have refused to treat the petitioner for vision loss related to his toxoplasmosis, because they claim that they cannot help him due to Covid restriction. See EX A2 Grievances and responses.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☒ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
If no, explain why not:

The petitioner filed a grievance related to the texoplasmosis. However, they refused to give the Petitioner access to the grievance system during recovery, and as to DOC staff the Petitioner filed complaints, because issues with staff are not grievable.

Is the grievance process completed?  ☒ Yes  ☐ No
If no, explain why not:

Because Vaughn CC refused to process my grievance nor would the defendants acknowledge my complaints. Nevertheless, they were put on notice relating to the nature of my claims.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want to receive proper treatment for my condition, i.e., injunctive relief and pain and suffering both phycial mental and emotional i.e., punitive damages in the amount of 2 million dollars.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☒ No

If yes, how many? __N/A__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A



(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1/18/22
Dated

Michael Jarvis
Plaintiff's Signature

Jarvis Michale
Printed Name (Last, First, MI)

002/17637
Prison Identification #

1181 Paddock Rd   Smyrna   De   19977
Prison Address     City     State   Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**